UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JESUS AURELIUS FOX ) <br> ) | CASE NO. 4:16cr81 |

**O R D E R**

This case is before the Court for a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1). The Court finds that there is probable cause to believe that the defendant has violated the terms and conditions of supervised release and, therefore, should appear for a revocation hearing before the assigned district judge in this matter. The Court further finds that the defendant was unable to demonstrate by clear and convincing evidence that the defendant is neither a flight risk nor a danger to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). The defendant must, therefore, be detained. *Id.*

IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal pending the revocation hearing.

**SO ORDERED** this __28th__ day of July, 2022.

_____
**CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**