GAS 245D        (Rev. 04/23) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Revocation of Probation or Supervised Release) |
| Jesus Aurelius Fox | |

Case Number:        4:16CR00081-1

USM Number:        21428-021

Michael Aaron Schwartz
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision in Violation Numbers 1, 2, and 4 through 9.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | August 21, 2020 |
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | November 8, 2020 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in page <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court makes no findings as to Violation Number 3, and the defendant is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec:  1355

October 24, 2023
Date of Imposition of Judgment

Defendant's Year of Birth:  1995

Signature of Judge

City and State of Defendant's Residence:

Savannah, Georgia

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

OcT. 26, 2023
Date

GAS 245D
(Rev. 04/23) Judgment in a Criminal Case for Revocations

DEFENDANT:          Jesus Aurelius Fox
CASE NUMBER:        4:16CR00081-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant possessed a firearm, ammunition, destructive device, or any other dangerous weapon (mandatory condition). | November 8, 2020 |
| 5 | The defendant failed to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer (standard condition). | November 11, 2020 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | August 21, 2021 |
| 7 | The defendant unlawfully possessed a controlled substance (mandatory condition). | August 21, 2021 |
| 8 | The defendant possessed a firearm, ammunition, destructive device, or any other dangerous weapon (mandatory condition). | August 21, 2021 |
| 9 | The defendant committed another federal, state, or local crime (mandatory condition). | July 3, 2021 |

Judgment— Page 3 of 3

DEFENDANT:          Jesus Aurelius Fox
CASE NUMBER:        4:16CR00081-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>18 months. The court recommends that 9 months of this sentence be served concurrently to the term of imprisonment imposed in 4:22CR00099-1.</u>

☐    The Court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL